# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
|  | ) |  |
| JACK EHRMANTRAUT AND | ) | CASE NO. 06-62267 |
| KRISTINA EHRMANTRAUT, | ) |  |
|  | ) | JUDGE RUSS KENDIG |
| Debtors. | ) |  |
|  | ) |  |
|  | ) | **ORDER DENYING** |
|  | ) | **APPLICATION FOR** |
|  | ) | **WAIVER OF CHAPTER 7** |
|  | ) | **FILING FEE** |
|  | ) |  |

Debtors filed an Application for Waiver of the Chapter 7 Filing Fee (hereafter "application") on November 9, 2006. Following compliance with a court order directing debtors to file additional documents for the Court's review, the Court took the application under advisement. For the reasons set forth in the accompanying Memorandum of Decision, the Court hereby **DENIES** the application.

Debtors are ordered to pay the filing fee in full. Debtors may pay the fee pursuant to the installment plan set forth in the accompanying Memorandum of Decision.

It is so ordered.

/s/ **Russ Kendig**

_____
Judge Russ Kendig          DEC 0 5 2006
U.S. Bankruptcy Judge

**Service List:**

Jack & Kristina Ehrmantraut
162 Dickerson Ave.
Bellville, OH 44813

Josiah L. Mason
153 W. Main St.
P.O. Box 345
Ashland, OH 44805-2219